# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KEON JACKSON,**

    *Plaintiff,*

**v.**                                    **Case No.: 4:24cv331-MW/MJF**

**ATHENA BITCOIN, INC.,**

    *Defendant.*

_____/

## ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

The parties have filed a notice of settlement. ECF No. 137. The notice indicates that the parties have reached a resolution as to all claims and requests thirty-five days for them to file a motion for preliminary approval of classwide settlement. *Id.* This Order acknowledges the notice of settlement and **STAYS** this case until Monday, January 26, 2026. The Clerk shall remove this case from the trial docket. The Clerk shall cancel both the telephonic pretrial conference presently scheduled for January 5, 2026, and the trial presently scheduled for January 20, 2026. **On or before Monday, January 26, 2026,** the parties shall file a status report informing this Court of the posture of the case.

    **SO ORDERED on December 22, 2025.**

                                              **s/Mark E. Walker_____**
                                              **United States District Judge**